SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
*lmaechtlen@seyfarth.com*
Michael A. Wahlander (SBN 260781)
*mwahlander@seyfarth.com*
Carrie L. Daughters (SBN 184748)
*cdaughters@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
TESLA MOTORS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLESSNER,<br><br>               Plaintiff,<br><br>     v.<br><br>TESLA MOTORS, INC.,<br><br>               Defendant. | Case No. 3:16-cv-05571-JCS<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Dept.:  Courtroom G-15th Floor<br>Judge:  Chief Magistrate Judge Joseph C. Spero<br><br>Complaint Filed:  September 30, 2016 |

TO THE HONORABLE JOSEPH C. SPERO:

     The parties have reached an agreement to resolve the above-referenced matter.  Currently, the parties are in the process of finalizing the paperwork for that agreement.  Upon completion of their relative obligations under the agreement, the parties will file a stipulated request for dismissal.

DATED:  November 1, 2017

                                   Respectfully submitted,

                                   SEYFARTH SHAW LLP


                                   By:  */s/ Michael A. Wahlander*
                                      Laura J. Maechtlen
                                      Michael A. Wahlander
                                      Carrie L. Daughters
                          Attorneys for Defendant
                        TESLA MOTORS, INC.

41978800v.1