HUNTER PYLE LAW
Hunter Pyle (SBN 191125)
*hunter@hunterpylelaw.com*
Chad Saunders (SBN 257810)
*csaunders@hunterpylelaw.com*
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:   (510) 444-4400
Facsimile:    (510) 444-4410

Attorneys for Plaintiff
THOMAS FLESSNER


SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
*lmaechtlen@seyfarth.com*
Michael A. Wahlander (SBN 260781)
*mwahlander@seyfarth.com*
Carrie L. Daughters (SBN 184748)
*cdaughters@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLESSNER, | Case No. 3:16-cv-05571-JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| TESLA MOTORS, INC., | Dept.: Courtroom G-15th Floor |
| | Judge: Chief Magistrate Judge Joseph C. Spero |
| Defendant. | Complaint Filed: September 30, 2016 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff THOMAS FLESSNER ("Plaintiff") and Defendant TESLA MOTORS, INC. ("Defendant") (collectively "the Parties"), by and through their respective counsel, stipulate and request the dismissal of Defendant as follows:

1. This action shall be dismissed in its entirety with prejudice; and
2. The Parties agree to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: December 14, 2017

Respectfully submitted,

HUNTER PYLE LAW

By: */s/ Chad Saunders*
Hunter Pyle
Chad Saunders
Attorneys for Plaintiff
THOMAS FLESSNER

DATED: December 14, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Michael A. Wahlander*
Laura J. Maechtlen
Michael A. Wahlander
Carrie L. Daughters
Attorneys for Defendant
TESLA MOTORS, INC.

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from Chad Saunders, Counsel for Plaintiff THOMAS FLESSNER.

Executed this 14th day of December 2017, in San Francisco, California.

*/s/ Michael A. Wahlander*
Michael A. Wahlander

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: December 18, 2017

The Honorable Joseph C. Spero
United States District Court Chief Magistrate Judge